# Third District Court of Appeal
## State of Florida

Opinion filed August 25, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-395
Lower Tribunal No. 19-23764 SP

————————

**Tonya Bland,**
Appellant,

vs.

**Dade County Federal Credit Union,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Catherine A. Riggins, for appellant.

Dunn Law, P.A., Joshua C. Kligler, and Jerrod M. Maddox, for appellee.

Before FERNANDEZ, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.